FILE COPY

DATE: 1/30/2015

RE: Case No. 15-0069
COA #: 12-14-00233-CV    TC#:
STYLE: CLIFFORD FAIRFAX
     v. BRAD LIVINGSTON, ET AL.

Today the Supreme Court of Texas granted the
motion for extension of time to file petition for
review under TEX. R. APP. P. 53.7(f) in the above-
referenced case. The petition for review is due to be
filed no later than **February 25, 2015.**

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

IN COURT OF APPEALS
12th Court of Appeals District

FEB 2 2015

TYLER, TEXAS
CATHY S. LUSK, CLERK